UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| TERRY WALKER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CAUSE NO: 3:23-cv-00079-RLY-MJD |
| ABM INDUSTRIES INCORPORATED, | ) ) ) |
| Defendant. | ) |

### ORDER ON JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

This matter having come before the Court upon the filing by Plaintiff, Terry Walker, and Defendant, ABM Industries Incorporated, of a Joint Stipulation Of Dismissal With Prejudice, and the Court having considered the same and being duly advised in the premises, now finds that the Joint Stipulation is meritorious and therefore shall be entered as the Judgment of the Court in this action.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that this cause of action is dismissed with prejudice, each party to bear their own respective costs and attorneys' fees.

Dated: 7/18/2023

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed to all counsel of record.